# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MITCHELL MORROW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-CV-908-SMY-MAB |
| | ) |
| **JOHN BALDWIN, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Mark A. Beatty (Doc. 54) recommending that Plaintiff Mitchell Morrow's Motion to Certify Class (Doc. 29) be denied. No objections to the Report have been filed. For the following reasons, Judge Beatty's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo*. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Beatty thoroughly discussed and supported his conclusion that class certification should be denied. The Court finds no clear error in Judge Beatty's findings, analysis, or conclusions, and adopts his Report and Recommendation in its entirety. Accordingly, Plaintiff Morrow's Motion to Certify Class (Doc. 29) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  July 12, 2019**

                                                 **STACI M. YANDLE**
                                                 **United States District Judge**