# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MITCHELL MORROW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-908-SMY |
| | ) |
| **JOHN BALDWIN,** | ) |
| **SALVIDOR A. GODINEZ,** | ) |
| **MICHAEL P. RANDLE,** | ) |
| **ROBERT MUELLER,** | ) |
| **GLADYSE C. TAYLOR,** | ) |
| **MATTHEW POGUE, and** | ) |
| **RICHARD MAUTINO,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

This matter came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's July 29, 2020 Memorandum and Order (Doc. 88), **JUDGMENT** is entered in favor of Defendants John Baldwin, Salvador Godinez, Robert Mueller, Matthew Pogue, Richard Mautino, Michael Randle, and Gladyse Taylor and against Plaintiff Mitchell Morrow. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** July 29, 2020

**MARGARET M. ROBERTIE, CLERK OF COURT**

By: *s/ Tanya Kelley*
     Deputy Clerk

**APPROVED:** *s/ Staci M. Yandle*_____
       **STACI M. YANDLE**
       **United States District Judge**